JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sundesa, LLC, a Utah Limited Liability Company,<br><br>  Plaintiff,<br><br>  v.<br><br>TBCPM, L.L.C., an Oklahoma Limited Liability Company d/b/a The Broadway Clinic,<br><br>  Defendant. | Civil Case No.: 8:13-cv-01088-JVS-RNB<br><br>**CONSENT JUDGMENT OF INFRINGEMENT AND ORDER FOR PERMANENT INJUNCTION**<br><br>Assigned For All Purposes To:<br>Hon. James V. Selna<br>Department 10C<br><br>Complaint Filed: July 19, 2013<br>Trial Date: Not Assigned |

WHEREAS Plaintiff Sundesa, LLC ("Sundesa") and Defendant TBCPM, L.L.C. d/b/a The Broadway Clinic ("Broadway Clinic") have agreed to settlement of the matter in issue between them and to entry of this consent judgment of infringement and order for permanent injunction, it is ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

1. Plaintiff Sundesa is a Utah limited liability company having its principal place of business in Pleasant Grove, UT.

2. Defendant Broadway Clinic is an Oklahoma limited liability company having its principal place of business in Oklahoma City, Oklahoma.

3. Sundesa owns United States Patent No. 6,379,032 ("the '032 Patent") and United States Design Patent No. D510,235 (the '235 Design Patent") (collectively the "Asserted Patents").

4. Broadway Clinic has sold, and offered for sale, HealthWise Bottles that allow users to mix a composition of ingredients therein, which fall within the scope of one or more of the claims of Sundesa's '032 Patent and '235 Design Patent.

5. Broadway Clinic has a number of remaining HealthWise Bottle units in its possession.

6. Sundesa filed a complaint in United States District Court for the Central District of California, Case No.: 8:13-cv-01088-JVS-RNB, against Broadway Clinic for infringement of Sundesa's '032 Patent and '235 Design Patent.

7. Broadway Clinic's HealthWise Bottles infringe at least one valid claim of both Sundesa's '032 Patent and its '235 Design Patent.

## STIPULATION

To resolve the dispute by settlement and agreement, without the necessity of extensive litigation and the expenses and inconveniences incident thereto, Sundesa and Broadway Clinic have agreed to enter into a settlement agreement, wherein Broadway Clinic agrees to cease making, using, selling, offering for sale, or importing into the United States any HealthWise Bottles, or any other product that falls within the scope of one or more claims of either Sundesa's '032 Patent or its '235 Design Patent.  Broadway Clinic further agrees to deliver any remaining HealthWise Bottles in its possession to Sundesa for destruction.

## ORDER

Broadway Clinic, its agents, officers, servants, employees, and attorneys, and all persons in active concert and participation with them who receive actual notice of this Order by personal service or otherwise, are hereby permanently enjoined from making, using, selling, offering for sale, and importing into the United States HealthWise Bottles or any other product falling within the scope of either Sundesa's '032 Patent or its '235 Design Patent.

Dated: March 03, 2014

_____
Hon. James V. Selna
United States District Court Judge

[PROPOSED] CONSENT JUDGMENT OF INFRINGEMENT AND
ORDER FOR PERMANENT INJUNCTION